# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST DOTSON, | No. 2:16-cv-02391 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HILTON, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with an action brought pursuant to 42 U.S.C. § 1983. On August 14, 2017, he filed a second motion to proceed in forma pauperis. ECF No. 20. The court has already granted plaintiff in forma pauperis status. ECF No. 5. Accordingly, plaintiff's motion to proceed in forma pauperis (ECF No. 20) is DENIED as MOOT.

SO ORDERED.

DATED: August 16, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE